No. D–1075.  IN RE DISBARMENT OF PACK.  It is ordered that Edward E. Pack, of Livingston, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1076.  IN RE DISBARMENT OF RATLIFF.  It is ordered that John Herbert Ratliff, of Somerville, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1077.  IN RE DISBARMENT OF SWICKLE.  It is ordered that Harvey S. Swickle, of North Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1078.  IN RE DISBARMENT OF BEHRENDT.  It is ordered that Melville Herman Behrendt, Jr., of Alameda, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1079.  IN RE DISBARMENT OF MCNAMEE.  It is ordered that Robert P. McNamee, of San Jose, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1080.  IN RE DISBARMENT OF BRYAN.  It is ordered that Locksley Hugh Bryan, of Lawrence, Mass., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 108, Orig.  NEBRASKA v. WYOMING ET AL.  Motion of Basin Electric Power Cooperative for leave to file a brief granted. Motion of Central Nebraska Public Power and Irrigation District for leave to file a brief as amicus curiae granted.  [For earlier order herein, see, e. g., 500 U. S. 950.]